IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARREN RICHARDSON,

    Plaintiff,

       v.

PRISONER TRANSPORT SERVICES OF
AMERICA, *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-15-1061

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SAPORITO)

## ORDER

**NOW**, this __17th__ day of December, 2015, upon review of the Report and Recommendation of Magistrate Judge Joseph F. Saporito (Doc. 30) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report & Recommendation (Doc.30) is **ADOPTED in its entirety**;

(2)    Pike County Defendants' Motion to Dismiss (Doc. 11) is **GRANTED in part and DENIED in part**;

    (a) Plaintiff's claims against official-capacity defendants Pike County Board of Commissioners, Richard Caridi, Matther M. Osterbert, Karl Wagner, Craig A. Lowe, Jonathan J. Romance, and Robert McLaughlin are **DISMISSED** and these defendants are **TERMINATED** from the case;

    (b) Plaintiff's claims against Pike County for punitive damages are **DISMISSED;**

    (c) Plaintiff's claim against Pike County for state law negligence is **DISMISSED;**

    (d) Plaintiff's remaining claims will proceed.

(3)    The matter is **REMANDED** to Magistrate Judge Joseph F. Saporito for further proceedings.

                                A. Richard Caputo
                                United States District Judge