UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| DARREN RICHARDSON, | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 3:15-CV-01061 |
| v. | (CAPUTO, J.) <br> (SAPORITO, M.J.) |
| PRISONER TRANSPORT SERVICES OF AMERICA, et al., | |
| Defendants. | |

FILED
WILKES BARRE
MAY 09 2017
Per ____

## ORDER

AND NOW, this 9th day of May, 2017, upon consideration of the defendants' request for an independent psychiatric examination under Fed. R. Civ. P. 35 (Doc. 51), the submissions of counsel for the parties, and consistent with the Memorandum filed this date, IT IS HEREBY ORDERED that the request for an examination (Doc. 51) is DENIED without prejudice. If counsel is unable to reach an acceptable stipulation, the defendants may file an appropriate written motion under Rule 35 within fourteen (14) days from the date of this order.

JOSEPH F. SAPORITO, JR.
U.S. MAGISTRATE JUDGE