# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARREN RICHARDSON,

   Plaintiff,

       v.

PRISONER TRANSPORT
SERVICES OF AMERICA, et al.,

   Defendants.

NO. 3:15-CV-01061

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 14th day of June, 2018, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (Doc. 96) is **ADOPTED in part** and **REJECTED in part**.

(2) Defendant Pike County's Motion for Summary Judgment is **GRANTED**.

(3) This case will be placed on the October 2018 trial list of this Court. A pretrial scheduling order will follow in due course.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge