AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| DARREN RICHARDSON<br>*Plaintiff*<br>v.<br>PRISONER TRANSPORT OF AMERICA<br>*Defendant* | )<br>)<br>) Civil Action No. 3:CV-15-1061<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: Judgment is hereby entered in favor of Plaintiff, Darren Richardson, and against Defendant, Prisoner Transport of America, in the amount of $450,000.00.

This action was *(check one)*:

☑ tried by a jury with Judge A. Richard Caputo presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: December 11, 2018

*CLERK OF COURT*

/s/ Dawn M. Wychock, Deputy Clerk
*Signature of Clerk or Deputy Clerk*