**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARREN RICHARDSON,<br><br>    Plaintiff,<br><br>        v.<br><br>PRISONER TRANSPORT SERVICES OF AMERICA,<br><br>    Defendant. | No. 3:15-CV-01061<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 27th day of February, 2019, **IT IS HEREBY ORDERED** that the Motion for Approval of Security Under Rule 62 and For Stay of Execution on Judgment (Doc. 171) filed by Defendant Prisoner Transport Services of America is **DENIED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge