**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DARREN RICHARDSON, | |
| Plaintiff, | NO. 3:15-CV-01061 |
| v. | |
| PRISONER TRANSPORT SERVICES OF AMERICA, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 4th day of April, 2019, **IT IS HEREBY ORDERED** that the Motion for Judgment as a Matter of Law or, in the Alternative, to Amend the Judgment (Doc. 155) filed by Defendant Prisoner Transport Services of America is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge