# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARREN RICHARDSON | : | CIVIL ACTION |
| | : | |
| VS. | : | NO.: 3:15-CV-01061-ARC-JFS |
| | : | |
| PRISONER TRANSPORT SERVICES OF AMERICA | : | |
| | : | |

## **ORDER**

NOW, this 27th day of September, 2019, upon consideration of Defendant Prisoner Transport Services of America's ("PTS's") Motion to Terminate Letter of Credit (Doc.        ), **IT IS HEREBY ORDERED** that:

(1) The Motion is **GRANTED**.

(2) The Irrevocable Standby Letter of Credit on file in the Clerk's office in this case, No. 90342492 (Doc. 204), is hereby **TERMINATED**, in accord with Paragraph H.vi thereof.

(3) The Clerk is **DIRECTED** to mark the judgment, including all delay damages, interest, and costs added thereto (Docs. 147, 166, 173, & 174), as fully satisfied.

(4)  The Clerk is **DIRECTED** to return the original Irrevocable Standby Letter of Credit held in the Clerk's office in this case, No. 90342492 (*see* Doc. 204), to counsel for PTS, Patrick J. Boland III of Marshall Dennehey Warner Coleman & Goggin, 50 Glenmaura National Boulevard, Moosic, PA 18507.

_____
A. Richard Caputo
United States District Judge